Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### DISTRICT OF NORTH DAKOTA

RECEIVED
UNITED STATES MARSHALS
JUN - 8 2017
DISTRICT OF NORTH DAKOTA

| United States of America | ) | |
| v. | ) | |
| Curtis Cameron Wells | ) | Case No.   1:17-cr-133-4 |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Curtis Cameron Wells,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone
Distribution of Oxycodone; Aiding and Abetting
Possession of Oxycodone with Intent to Distribute; Aiding and Abetting

Date: 06/08/2017

/s/ Christy Davis
*Issuing officer's signature*

Christy Davis, Deputy Clerk
*Printed name and title*

City and state:   Bismarck, ND

---

### Return

This warrant was received on *(date)* 06/08/17, and the person was arrested on *(date)* 06/12/17
at *(city and state)* New Town, ND.

Date: 06/13/17

*Arresting officer's signature*

SPSM Sean McUen (?)
*Printed name and title*