UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S SENTENCING** |
| v. | ) | **MEMORANDUM** |
| | ) | |
| CURTIS WELLS, | ) | |
| | ) | Case No. 1:17-cr-133(4) |
| Defendant. | ) | |

THE DEFENDANT, by and through his attorney, Carey A. Goetz, has no objections to the Presentence Investigation Report.

Dated this 13th of May, 2019.

                LARSON LATHAM HUETTL LLP
                Attorneys for Defendant
                1100 College Drive
                PO Box 2056
                Bismarck, ND 58502-2056
                Phone:  (701) 223-5300
                cgoetz@bismarcklaw.com

                /s/ Carey A. Goetz_____
                Carey A. Goetz (ID 05958)